1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WAYLAND DEE KIRKLAND,

11              Plaintiff,                    No. CIV S-00-1331 DFL KJM P

12        vs.

13   STRAUSS, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16             Plaintiff is proceeding pro se with an action for violation of civil rights under 42

17   U.S.C. § 1983.   On September 29, 2005, the court granted plaintiff leave to file an amended pre-

18   trial statement.  Plaintiff elected not to file one.

19             The court has reviewed plaintiff's December 29, 2003 pretrial statement and

20   determined that it is unacceptable.  Much of the information included in the pretrial statement

21   does not pertain to the only issue remaining in this case; whether defendants Strauss, Koontz and

22   McTernan subjected plaintiff to excessive force in violation of the Eighth Amendment.  The

23   statement also generally does not reflect the outcome of decisions rendered by the court in this

24   case since December 29, 2003.  The court therefore will require plaintiff to submit a new pretrial

25   statement.  If plaintiff fails to file a proper pretrial statement within thirty days this action will be

26   dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

1

1          In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall file

2    an amended pretrial statement within thirty days of this order.  The pretrial statement shall

3    address the only remaining claim in this action; whether defendants Strauss, Koontz and

4    McTernan subjected plaintiff to excessive force in violation of the Eighth Amendment.

5    Defendants shall file an amended pretrial statement within fifteen days of service of plaintiff's

6    amended pretrial statement.

7    DATED:  November 16, 2005.

8

9    _____
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14   1
15   kirk1331.npts

16

17

18

19

20

21

22

23

24

25

26