IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYLAND DEE KIRKLAND,

        Plaintiff,               No. CIV S-00-1331 DFL KJM P

        vs.

STRAUSS, et al.,

        Defendant.            ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  Plaintiff asks that this case be reassigned to another judge and magistrate judge under 28 U.S.C. § 144.  However, plaintiff's affidavit in support of his request is insufficient on its face to show that either the district court judge or the undersigned has a bias or prejudice against plaintiff stemming from an extrajudicial source.  See United States v. Sibla, 624 F.2d 864 (9th Cir. 1980).  Having carefully considered the requirements of 28 U.S.C. §§ 144 and 455, the undersigned has determined that referral to a different judge is not required, nor is sua sponte recusal appropriate.  Plaintiff's April 6, 2006 "request for reassignment" is denied.

       DATED:   May 8, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1 kirk1331.rea

1