IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYLAND DEE KIRKLAND,

    Plaintiff,                    No. CIV S-00-1331 DFL KJM P

    vs.

STRAUSS, et al.,

    Defendant.                <u>ORDER</u>

                                  /

        Plaintiff has filed a notice of voluntary dismissal. Good cause appearing, IT IS HEREBY ORDERED that defendants are granted five days within which to file a response to plaintiff's notice. If no response is filed within five days, the case will be dismissed under Federal Rule of Civil Procedure 41(a)(2).

DATED: July 14, 2006.

                                       UNITED STATES MAGISTRATE JUDGE