IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYLAND DEE KIRKLAND,

    Plaintiff,                    No. CIV S-00-1331 DFL KJM P

    vs.

STRAUSS, et al.

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff asks that the undersigned recuse. Plaintiff's primary basis for seeking recusal is adverse rulings. This is not an adequate basis for recusal. Kulas v. Flores, 255 F.3d 780, 787 (9th Cir. 2001). Because plaintiff has failed to provide any adequate basis for recusal, see 28 U.S.C. § 455, his request will be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's December 13, 2005 request that the undersigned recuse is denied.

DATED: 8/28/2006

DAVID F. LEVI
United States District Judge