IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYLAND DEE KIRKLAND,

    Plaintiff,                    No. CIV S-00-1331 DFL KJM P

    vs.

STRAUSS, et al.,

    Defendant.               ORDER

_____/

        Plaintiff has filed a notice of voluntary dismissal. Defendants have not lodged an objection to plaintiff's request despite having been given an opportunity to do so.[1] Therefore, IT IS HEREBY ORDERED that this case is dismissed under Federal Rule of Civil Procedure 41(a)(2).

DATED: 8/28/2006

*signature*

DAVID F. LEVI
United States District Judge

---

[1] Defendants have submitted documents to the court which indicate plaintiff has refused to stipulate to a dismissal of this action with prejudice.